**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MARIO ANDRETTI,

      Plaintiff,

v.                                                                                           Case No. 08-CV-11166
                                                                                         Hon. Nancy G. Edmonds

CANNONBALL 8000, LTD.,
CONRAD WALL, TBG TECHNOLOGIES, LTD.,
and JONATHAN BRYANT,
jointly and severally,

      Defendants.
_____/

**CONSENT JUDGMENT**

      This matter having come before the Court upon the parties' stipulation to the entry of this Consent Judgment, the Court being advised that Defendants Cannonball 8000, Ltd., Conrad Wall, TBG Technologies, Ltd., and Jonathan Bryant ("Defendants"), jointly and severally, have failed to perform their obligations under that certain Settlement Agreement entered into between Mario Andretti ("Andretti") and Defendants, and the Court being otherwise fully informed in the matter.

      NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

      1.    Judgment shall be, and hereby is, entered in favor of Andretti and against Defendants, jointly and severally, in the sum of Two Hundred and Thirty Thousand Dollars ($230,000.00), less payments made as of the date of entry of this Consent Judgment. Andretti has certified to the Court by submission of this Consent Judgment that there was an uncured

Event of Default under the terms of that certain Settlement Agreement and that a balance is due and owing to Andretti under the terms of the Settlement Agreement.

2. Pre-judgment interest shall accrue on the amount of this Consent Judgment at the rate prescribed by applicable law from the date of the filing of the Complaint in this case to the date of the entry of this Consent Judgment.

3. Post-judgment interest shall accrue on the amount of this Consent Judgment at the rate prescribed by applicable law from the date of entry of this Consent Judgment until the date this Consent Judgment is fully paid, satisfied, and discharged.

4. Andretti shall be entitled to the recovery of his costs and attorneys' fees incurred from October 5, 2007 until the date this Consent Judgment is fully paid, satisfied, and discharged.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: August 4, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 4, 2008, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager

/s/Conrad Wall                                   On Behalf of TBG Technologies, Ltd.
Defendant
On Behalf of Cannonball 8000, Ltd.

/s/Jonathan Bryant
Defendant

2

3

|  |  |
|---|---|
|  | Individually |
|  |  |
|  | /s/ Eric D. Scheible |
|  | Frasco Caponigro Wineman |
| /s/ Conrad Wall | & Scheible, PLLC |
| Defendant | 1668 Telegraph Road, Suite 200 |
| Individually | Bloomfield Hills, MI 48302 |
|  | Telephone (248) 334-6767 |
|  | Email:  es@frascap.com |
| /s/Jonathan Bryant | P54174 |
| Defendant |  |